**TIFFANY & BOSCO**
P.A.
**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20796/xxxx7732

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>George Bradley Burmeister<br>         Debtor.<br>_____<br>PHH Mortgage Corporation<br><br>         Movant,<br>    vs.<br><br>George Bradley Burmeister, Debtor; David A. Birdsell, Trustee.<br><br>         Respondents. | No. 2:09-bk-18716-GBN<br><br>Chapter 7<br><br>ORDER FOR REMOVAL<br>OF BANKRUPTCY STAY |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to the real property which is the subject of the

…

Deed of Trust recorded , at Recorders No. , in the records of the Maricopa County, Arizona Recorder's Office, wherein George Bradley Burmeister, is designated as trustor and PHH Mortgage Corporation is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

> LOT 81, COOPER COMMONS II PARCEL 6, ACCORDING TO BOOK 504 OF MAPS, PAGE 23, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that the debtor has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this \_\_\_\_\_ day of _____, 2009.